**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. <u>09CV01730 REB-CBS</u>

KEVIN HILL,

    Plaintiff,

        v.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.

    Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL
(Unlawful Debt Collection Practices)**

---

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

KEVIN HILL (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ACCOUNTS RECEIVABLE MANAGEMENT, INC. (Defendant), in this case.

///

///

///

DATED:  August 26, 2009   KROHN & MOSS, LTD.

           By:   Nicholas J. Bontrager
             Nicholas J. Bontrager, Esq.
             Krohn & Moss, Ltd.
             10474 Santa Monica Blvd., Suite 401
             Los Angeles, CA 90025
             Ph: (323) 988-2400; Fx: (866) 802-0021
             nbontrager@consumerlawcenter.com